**Appeal Dismissed and Memorandum Opinion filed February 23, 2023**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00256-CV

### ARTHUR DWIGHT BOLTON, Appellant

### V.

### WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF FINANCE OF AMERICA ACQUISITION TRUST 2018-HB1, Appellee

**On Appeal from the County Court at Law No 6
Fort Bend County, Texas
Trial Court Cause No. 21-CCV-070336**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 29, 2022. The clerk's record was filed July 27, 2022. No reporter's record was taken. No brief was filed.

On January 10, 2023, this court issued an order stating that unless appellant filed a brief on or before February 9, 2023, the appeal was subject to dismissal without further notice for want of prosecution. See Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM



Panel consists of Justices Wise, Zimmerer and Wilson.